UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABCDE OPERATING, LLC,

        Plaintiff,

vs.

Case No. 08-CV-14908

HON. GEORGE CARAM STEEH

CITY OF DETROIT,

        Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION TO STRIKE [# 23]

      Plaintiff ABCDE Operating, LLC ("ABCDE"), filed a motion to strike defendant City of Detroit's brief in opposition to plaintiff's supplemental memorandum on the basis that it exceeds the permissible page limit. Plaintiff's supplemental memorandum was five pages, and defendant's brief in opposition was 14 pages. There is no local rule governing the length of a supplemental brief in support of a motion, nor was there a court order limiting the pages in this instance, although plaintiff represents that it was "advised" that their memorandum was limited to five pages. To cure any perceived unfairness, the Court will permit plaintiff to file a reply supplemental brief, if they desire, up to 14 pages in length. The reply will be limited to the subject matter addressed in the supplemental briefs already filed in this matter, and should be filed on or before August 10, 2009.

Dated: July 30, 2009

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 30, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk